

# Della M. Rothermel, Official Court Reporter
## 250th Judicial District Court

**P.O. BOX 1748**                                                      **(512) 854-9321**
**Austin, Texas  78767**                                              **(512) 854-9332 – FAX**


December 22, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Texas  78711-2547
3rdclerksandreporters@txcourts.gov


       Third Court of Appeals Number:  **03-15-00704-CV**
       Trial Court Case Number:  **D-1-GN-14-001701**

       STYLE:  Champion Printing & Copying, LLC d/b/a Jerry Hayes Photography vs. Jennifer Nichols, Nichols Photographers, Inc., Jennifer Lindberg d/b/a Jennifer Lindberg Weddings, and John Does 1-4, vs. Jerry Hayes

Dear Third Court of Appeals:

    I am requesting a 30-day extension of the December 23, 2015 deadline for the record to be filed in this case.  I am awaiting payment from the Gammon Law Office.  I am also still working on preparation of the transcript and exhibits for appeal.  As soon as I receive payment and have the transcript completed, I can get it filed.

       Your consideration in this matter is appreciated.  Please do not hesitate to contact me if you have any questions.


                           Very Truly Yours,
                           /s/: Della M. Rothermel
                           Della M. Rothermel
                           Official Court Reporter
                           250th Judicial District Court

  cc:  firm@gammonlawoffice.com
       craig@craigbarkerlaw.com